476 A.2d 75

Commonwealth, Appellant, v. Newby.

Petition for Allowance of Appeal
Denied Sept. 26, 1984.

Submitted March 8, 1984. Eric B. Henson, Deputy District Attorney, for Commonwealth, appellant; John Packel, Chief, Appeals, Assistant Public Defender, for appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Order reversed and case remanded for further proceedings. Jurisdiction relinquished.

476 A.2d 76

Commonwealth v. O'Connor, Appellant.

Submitted December 9, 1983. Harvey A. Yanks, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Judgment of sentence reversed. Appellant discharged.